FILED

AUG 1 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERRY WILLIAMS,

                    Plaintiff,

vs.

SERGEANT R.METCALFE,
C/O THANN,
S.SAMPAOLO,
T.MILLER         Defendant.

CASE NO. C08 - 3907 SI (pr)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **GERRY WILLIAMS**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No **XX**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received. (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   **JUNE 13,1997/LOS ANGELES CALIFORNIA**

5   _____

6   _____

7 2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or                  Yes ____ No **X**

10           self employment

11       b.    Income from stocks, bonds,             Yes ____ No **x**

12           or royalties?

13       c.    Rent payments?                    Yes ____ No **X**

14       d.    Pensions, annuities, or               Yes ____ No **x**

15           life insurance payments?

16       e.    Federal or State welfare payments,     Yes ____ No **X**

17           Social Security or other govern-

18           ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23 3.     Are you married?                    Yes ____ No **x**

24   Spouse's full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28 4.    a.    List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    **NONE**
_____

6    _____

7    5. Do you own or are you buying a home?         Yes ____  No **X**__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?              Yes ____  No **X**____

10   Make _____ Year _____ Model _____

11   Is it financed? Yes ____ No _____ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account? Yes ____ No **x** (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $_____

17   Do you own any cash? Yes ____ No **XX** Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No **x**__

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ **NONE/INCARCERATED**    Utilities: **NONE/INCARCERATED**

23   Food: $ **NONE/INCARCERATED**    Clothing: **NONE /INCARCERATED**

24   Charge Accounts:    **NONE**

25   Name of Account          Monthly Payment          Total Owed on This Acct.

26   _____     $ _____     $ _____

27   _____     $ _____     $ _____

28   _____     $ _____     $ _____

3

9.    Do you have any other debts? .(List current obligations, indicating amounts and to
whom they are payable. Do not include account numbers.)

**NONE**

10.    Does the complaint which you are seeking to file raise claims that have been presented
in other lawsuits?    Yes ____ No **X**

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court
the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and
understand that a false statement herein may result in the dismissal of my claims.

~~JULY,~~    ~~2008~~                    _Kerry Williams_

DATE                    SIGNATURE OF APPLICANT

- 4 -

1

2                                       Case Number: _____

3

4

5

6

7

8                            CERTIFICATE OF FUNDS

9                                        IN

10                            PRISONER'S ACCOUNT

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of _____ **GERRY WILLIAMS** _____ for the last six months
                                                    [prisoner name]
14   _____ where (s)he is confined.
                    [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $_____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____      _____
                                           [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

CONFIDENTIAL
LEGAL MAIL

1 OF 2

GERRY WILLIAMS/D-77087/A1-125-L
P.O. BOX 1050,
SALINAS VALLEY STATE PRISON
SOLEDAD, CALIFORNIA 93960-1050

STATE PRISON
GENERATED MAIL

STATE PRISON
GENERATED MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA 94102

RECEIVED
AUG 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



LEGAL MAIL O

c/o Quitevis
8/5/08

GERRY WILLIAMS/D-77087/A1-125-L
P.O. BOX 1050,
SALINAS VALLEY STATE PRISON
SOLEDAD, CALIFORNIA 93960-1050



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAL FRANCISCO, CALIFORNIA 94102

CON

CONFIDENTIAL
LEGAL MAIL

2 OF 2



c/o Quitevis
8/5/08