ORIGINAL

**FILED**

AUG 2 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERRY WILLIAMS,
      Plaintiff,

vs.

SERGEANT R. METCALFE,
C/O THANN,
S. SAMPAOLO,
T. MILLER
      Defendant.

CASE NO. C 08 · 3907 SI

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

  I, **GERRY WILLIAMS**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

  In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No **XX**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  **JUNE 13, 1997/LOS ANGELES CALIFORNIA**
5
6
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___ No **X**
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___ No **X**
12         or royalties?
13    c.   Rent payments?                             Yes ___ No **X**
14    d.   Pensions, annuities, or                    Yes ___ No **X**
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___ No **X**
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21
22
23  3.   Are you married?                             Yes ___ No **X**
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

**NONE**

_____

_____

5. Do you own or are you buying a home? Yes ____ No **X**

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ____ No **X**

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No **x** (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No **XX** Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No **x**

_____

8. What are your monthly expenses?

Rent: $ **NONE/INCARCERATED** Utilities: **NONE/INCARCERATED**

Food: $ **NONE/INCARCERATED** Clothing: **NONE /INCARCERATED**

Charge Accounts: **NONE**

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

**NONE**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No **X**

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

JULY, 2008                    *Kerry Williams*
DATE                           SIGNATURE OF APPLICANT

1
2                                                          Case Number: __C08-3907 SI__
3
4
5
6
7
8
9                              CERTIFICATE OF FUNDS
10                                      IN
11                              PRISONER'S ACCOUNT
12
13          I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of __Williams, Gerry D77087__ for the last six months
15   at
         SALINAS VALLEY STATE PRISON
16       ACCOUNTING DEPARTMENT                [prisoner name]
         P.O. BOX 1020
         SOLEDAD, CA 93960-1020
17   _____ where (s)he is confined.
18           [name of institution]
19          I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ __0__ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ __0__.
22
23   Dated: __8/14/08__                          __L. Macias__
24                                               [Authorized officer of the institution]
25
26
27
28

- 5 -

```
REPORT ID: TS3030 .701                                              REPORT DATE: 08/14/08
                                                                    PAGE NO:          1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 14, 2008

ACCOUNT NUMBER  : D77087                      BED/CELL NUMBER: FAB1T1000000125L
ACCOUNT NAME    : WILLIAMS, GERRY DEWAYNE     ACCOUNT TYPE: I
PRIVILEGE GROUP : B

                              TRUST ACCOUNT ACTIVITY

             << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT

 DATE       HOLD
 PLACED     CODE     DESCRIPTION              COMMENT           HOLD AMOUNT
 ------     ----     -----------              -------           -----------
 02/07/2005 H110     COPIES HOLD              2002 COPY                1.00
 03/23/2005 H110     COPIES HOLD              2364 COPY                0.20
 04/18/2006 H110     COPIES HOLD              2675 COPY                0.40
 08/22/2006 H110     COPIES HOLD              0558 COPY                0.60
 07/05/2007 H110     COPIES HOLD              0063 COPY                0.24
 07/20/2007 H110     COPIES HOLD              0257 COPY                0.12
 09/05/2007 H110     COPIES HOLD              0686 COPY                0.24
 10/10/2007 H110     COPIES HOLD              1020 COPY                0.24
 11/15/2007 H110     COPIES HOLD              1354 COPY                0.24
 07/24/2008 H118     LEGAL COPIES HOLD        0218 LCOPY              17.10
 07/28/2008 H114     COPAY FEE, MED.          0232 COPAY               5.00
 08/04/2008 H109     LEGAL POSTAGE HOLD       0278 ENVEL               0.85
 08/04/2008 H109     LEGAL POSTAGE HOLD       0278 ENVEL               0.40
 08/08/2008 H109     LEGAL POSTAGE HOLD       0344 LPOST               4.80
 08/08/2008 H109     LEGAL POSTAGE HOLD       0344 LPOST               0.56

                              TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL      TOTAL         CURRENT      HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED
  ---------    --------   -----------   -------      -------    ------------
     0.00        0.00        0.00         0.00        31.99         0.00

                                                     CURRENT
                                                     AVAILABLE
                                                     BALANCE
                                                     ---------
                                                       31.99-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE 8/14/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE

FROM: GERRY WILLIAMS/D-77087
      A1-125-LOW

TO: INMATE TRUST OFFICE.

To whom it may concern. Please find inclosed an In Forma Pauperis Application which needs to be certified and a six month Trust Account statement attached and placed in the addressed envelope with the complaint and mailed to the court. Thank you in advance for your time and concern.

                        SINCERELY

                        /s/ *Gerry Williams*

LEGAL MAIL ONLY

Gerry Williams /D-77087 /A1-125-L
P.O. Box 1050
Salinas Valley State Prison
Soledad, California 93960-1050

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California 94102

Confidential Legal Mail



STATE PRISON
GENERATED MAIL

RECEIVED
AUG 1 2 2008
ACCOUNTING DEPARTMENT

RECEIVED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
AUG 12 2008
ACCOUNTING DEPARTMENT



LEGAL MAIL ONLY

GERRY WILLIAMS/D-77087/A1-125
P.O. BOX 1050,
SALINAS VALLEY STATE PRISON
SOLEDAD, CALIFORNIA 93960-1050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA
94102

CONFIDENTIAL
LEGAL MAIL

