UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERRY D WILLIAMS,

        Plaintiff,

v.

R METCALFE et al,

        Defendant.
                              /

Case Number: CV08-03907 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerry D. Williams D-77087
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Dated: February 8, 2010

                                              Richard W. Wieking, Clerk
                                              By: Tracy Forakis, Deputy Clerk