United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERRY WILLIAMS,

Plaintiff,

v.

Sergeant METCALFE; et al.,

Defendants.

_______________________________/

No. C 08-3907 SI (pr)

**ORDER REFERRING ACTION TO PRISONER MEDIATION PROGRAM**

Gerry Williams, a California prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983 asserting that defendants were deliberately indifferent to his safety. Defendants have requested that this case be referred to the court's Pro Se Prisoner Mediation Program, in which selected prisoner cases with unrepresented plaintiffs are referred to a neutral magistrate judge for mediation proceedings consisting of one or more conferences as determined by the mediator. In light of the expressed interest by at least the defendants, it would be helpful for the parties to engage in mediation. Defendants' motion for referral to the mediation program is GRANTED. (Docket # 50.)

Good cause appearing therefor, this case is now referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings will take place within **90 days** of the date this order is filed. Magistrate Judge Vadas will coordinate a time and date for a mediation proceeding with all interested parties and/or their representatives and, within **five days** after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings.

The clerk will send to Magistrate Judge Vadas a copy of the complaint (docket # 1), the order of service (docket # 7), the order denying motion to dismiss in part and denying motion to stay (docket #32), and this order.

In light of the referral of this action for mediation, the briefing schedule for dispositive motions is now vacated. The stay of discovery remains in place.

IT IS SO ORDERED.

Dated: July 9, 2010

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California