| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | THOMAS S. PATTERSON<br>Supervising Deputy Attorney General |
| 3 | KENNETH T. ROOST<br>Deputy Attorney General |
| 4 | State Bar No. 231444<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone: (415) 703-5824 |
| 6 |   Fax: (415) 703-5843<br>  E-mail: Ken.Roost@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*Metcalfe, Sampaolo, and Thann* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GERRY D. WILLIAMS,**<br><br>                                    Plaintiff,<br><br>v.<br><br>R. METCALFE, et al.,<br><br>                                    Defendants. | C 08-3907 SI<br><br>**REQUEST TO REFER CASE TO PRO SE SETTLEMENT PROGRAM WITH MAGISTRATE JUDGE VADAS & STAY PROCEEDINGS; [PROPOSED] ORDER** |

TO PRO SE PLAINTIFF GERRY D. WILLIAMS AND THE COURT:

Upon further review of this matter, Defendants believe it can be resolved without further expenditure of judicial resources through mediation. Defendants therefore request that the Court refer this case to the Pro Se Prisoner Settlement Program with Magistrate Judge Vadas to explore a possible settlement of this case.

Defendants also request a stay of the proceedings in this action, pending the outcome of the Settlement Conference. Should the Settlement Conference prove unsuccessful, Defendants will notify the Court immediately.

//

1

Dated: July 8, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General

KENNETH T. ROOST
Deputy Attorney General
*Attorneys for Defendants*
*Metcalfe, Sampaolo, and Thann*

Based on the foregoing, the Court refers this case to Magistrate Judge Vadas for inclusion in the Prisoner Pro Se Settlement Program and stays the case pending the outcome of the settlement proceedings. If the parties do not settle, the stay shall be lifted, all previously filed motions shall resume, and a new dispositive-motion deadline shall be entered.

IT IS SO ORDERED.

Date: 7/9/10

THE HONORABLE SUSAN ILLSTON
United States District Court Judge

SF2009201972
20294041.doc

2

Defs.' Request to Refer Case to Pro Se Settlement Program & Stay Proceedings  (C 08-3907 SI)