UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GERRY D. WILLIAMS, | No. C 08-3907 SI |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| R. METCALFE, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for 1:00 p.m. on Wednesday August 11, 2010 at Solano State Prison.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference.

 No later than Friday, July 23, 2010, counsel for Defendants shall prepare, e-file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect version of the writ necessary to secure Plaintiff's attendance at the settlement conference.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the  settlement conference

IT IS SO ORDERED.

Dated: July 16, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GERRY D. WILLIAMS, | No. C 08-3907 SI |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| R. METCALFE, et al., | |
| Defendants. / | |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California, and that on July 16, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

**Gerry D. Williams**
D-77087
Pleasant Valley State Prison
P.O. Box 8501
Coalinga, CA 93210

RICHARD W. WIEKING, CLERK

By: /s/   Gloria Masterson
       Deputy Clerk