1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **GERRY D. WILLIAMS,** | C 08-3907 SI/NJV |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF GERRY D. WILLIAMS, CDCR No. D-77087** |
| v. | |
| **R. METCALFE, et al.,** | |
| Defendants. | |

Plaintiff, **GERRY D. WILLIAMS, CDCR No. D-77087**, a necessary and material witness in proceedings in this case **beginning on August 11, 2010, at 1:00 p.m.**, is confined at Pleasant Valley State Prison in the custody of Warden James A. Yates. To secure this inmate's attendance at the settlement conference scheduled for August 11, 2010 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Gerry D. Williams, CDCR No. D-77087, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on August 11, 2010, at 1:00 p.m.**

//

**ACCORDINGLY, IT IS ORDERED that:**

1

1    1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,
2  commanding the Warden of Pleasant Valley State Prison and the California Department of
3  Corrections and Rehabilitation to produce inmate **GERRY D. WILLIAMS, CDCR No. D-**
4  **77087**, for a settlement conference at California State Prison, Solano, at the time and place above,
5  until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate
6  to Pleasant Valley State Prison.
7    2.    The custodian is ordered to notify the Court of any change in custody of this inmate and
8  is ordered to provide the new custodian with a copy of this writ.

9  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
10   To: The Warden of Pleasant Valley State Prison,
11   **YOU ARE COMMANDED** to produce inmate **GERRY D. WILLIAMS, CDCR No. D-**
12  **77087**, for a settlement conference at California State Prison, Solano at the time and place above,
13  until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate
14  to Pleasant Valley State Prison.
15   **FURTHER**, you have been ordered to notify the Court of any change in custody of this
16  inmate and to provide the new custodian with a copy of this writ.
17   **IT IS SO ORDERED.**

19  Dated: July 26, 2010

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*