UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GERRY D. WILLIAMS, | No. C 08-3907 SI (NJV) (PR) |
| Plaintiff, | ORDER REQUIRING TELEPHONIC APPEARANCE FOR |
| v. | FURTHER SETTLEMENT CONFERENCE |
| R. METCALFE, et al., | |
| Defendants. | |
| _____/ | |

IT IS ORDERED that Plaintiff, GERRY D. WILLIAMS, CDCR No. D-77087, a necessary party in proceedings in this case who is confined at Pleasant Valley State Prison in the custody of Warden James A. Yates, appear by telephone for a further telephonic settlement conference to be held on August 17, 2010 at 10:30 a.m. in the United States District Court, Courtroom E, 450 Golden Gate Avenue, San Francisco, California. The Court orders the Warden of Pleasant Valley State Prison and the California Department of Corrections and Rehabilitation to provide telephone access to inmate GERRY D. WILLIAMS, CDCR No. D-77087, for these telephonic proceedings. The custodian shall make a telephone available for inmate WILLIAMS to call the Court at the designated time by dialing 415-522-3694. Deputy Attorney General Kenneth T. Roost shall appear for Defendants.

IT IS SO ORDERED.

Dated: August 16, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GERRY D. WILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>R. METCALFE, et al.,<br>　　　　Defendants.<br>_____／ | No. C 08-3907 SI (NJV) (PR)<br><br>CERTIFICATE OF SERVICE |

　　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California, and that on August 16, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

**Gerry D. Williams**
D-77087
Pleasant Valley State Prison
P.O. Box 8501
Coalinga, CA 93210

　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, CLERK

　　　　　　　　　　　　　　　　　　　　　By:/s/____Gloria Masterson_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk